UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br>  Plaintiff,<br>  v.<br>WILLIAM OGLESBY, et al.,<br>  Defendants. | Case No. 25-cv-00048-JST<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at Kern Valley State Prison ("KVSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that Governor Gavin Newsom and KVSP officials associate warden J. Custer and chief psychologist William Oglesby failed to address Plaintiff's concerns about his safety and well-being, in violation of the Eighth Amendment. ECF No. 1. The events or omissions giving rise to Plaintiff's claim(s) occurred at Kern Valley State Prison. Plaintiff seeks relief from Kern Valley State Prison employees or prison officials, and from Governor Newsom in his capacity as supervisor of Kern Valley State Prison. Kern Valley State Prison is located in Kern County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 8, 2025

_____
JON S. TIGAR
United States District Judge